FILED

2016 May-19  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ADRIENNE ZINDER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | <u>**JURY TRIAL DEMANDED**</u> |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

This is an action brought by the Plaintiff, Adrienne Zinder, for actual and statutory damages, attorney's fees, and costs for Defendants' violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA").

## JURISDICTION AND VENUE

This Court has jurisdiction under 15 U.S.C. §1692k (d), and 28 U.S.C. §1331, §1332, and §1367. Venue is proper in that at all relevant times the Defendant transacted business here, and the Plaintiff resides here.

## STATEMENT OF THE PARTIES

1.      Plaintiff, Adrienne Zinder, is over the age of nineteen (19) years and

is  a resident of the city of Mountain Brook in Jefferson County, Alabama.

2.      Defendant Portfolio Recovery Associates, LLC, (hereinafter referred to as "PRA") is a Limited Liability Company formed in the State of Delaware that is authorized to do business in this judicial district. Plaintiff asserts that, upon information and belief, Defendant Portfolio Recovery Associates, LLC is a debt collector as that term is defined by the Fair Debt Collection and Practices Act at 15 U.S.C. §1692(a)(6).

3.      All events herein occurred in Jefferson County, Alabama.

## STATEMENT OF FACTS

### *Background*

4.      On or about July 27, 2015, Defendant Portfolio Recovery Associates, LLC (hereinafter referred to as "PRA") filed a lawsuit against Plaintiff Adrienne Zinder in the Small Claims Court of Jefferson County, Alabama (hereinafter referred to as "the lawsuit").

5.      The lawsuit was assigned case number 01-SM-2015-903235.

6.      The lawsuit involved a debt allegedly owed by Plaintiff to Synchrony Bank, an entity not a party to this lawsuit, as the result of the use of a

credit card.  PRA filed the lawsuit in an attempt to collect an alleged debt.

7.    The alleged debt was incurred for personal or household purposes.

8.    In its complaint PRA represented that Synchrony Bank assigned all rights, title and interest to PRA and claimed that Adrienne Zinder allegedly had a balance due on the account of $2,010.61.

9.    Plaintiff has never done business with PRA and has never owed PRA any money.

10.   Plaintiff answered PRA's Complaint and denied all of the allegations made by PRA in the lawsuit.

11.   Trial was held on PRA's alleged claim against Mrs. Zinder on September 14, 2015.  As a result of trial the Court entered judgment in favor of Adrienne Zinder and against PRA.

12.   PRA called no witnesses at trial and did not have a single document admitted into evidence.  There was no evidence at trial that PRA owned the alleged debt or that Adrienne Zinder was in any way responsible for paying the alleged debt.

13.   Each year PRA files hundreds if not thousands of lawsuits against consumers in Alabama without any intention of proving the claims it

alleges; with the knowledge that it will not have any witnesses to testify on its behalf at trial and knowing that it will not be able to offer any documents into evidence.

14. The pattern and practice of PRA is to file lawsuits, such as the Small Claims suit at issue in this case, in an attempt to either secure a default against Alabama consumers who fail to answer the bogus complaints PRA files or to coerce a settlement or consent judgment from consumers at the courthouse before trial when PRA knows it has no witnesses and no competent evidence to prove its claims.

15. The case filed against Mrs. Zinder is not an outlier nor was it filed by mistake.  Rather, it is merely an example of the unfair and intentionally illegal business model that PRA has put into place.

## COUNT ONE
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. The foregoing acts and omissions of Defendant PRA and its employees and agents constitute numerous and multiple violations of

the FDCPA, 15 U.S.C. § 1692 *et seq*., including, but not limited to,

15 U.S.C. § 1692d §1692e and §1692f with respect to Plaintiff.

18.   As a direct and proximate result of the wrongful conduct visited upon

Plaintiff by PRA in its collection efforts, Plaintiff suffered actual

damages including physical pain and emotional distress.

19.   As a result of Defendant's violations of the FDCPA, Plaintiff is

entitled to actual damages in an amount to be determined by a struck

jury pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an

amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and,

reasonable attorney's fees and costs pursuant to 15 U.S.C. §

1692k(a)(3), from Defendant.

## DAMAGES

Plaintiff alleges that as a direct and proximate result of the Defendant's acts

alleged herein, Plaintiff was caused to incur physical pain as well as mental and

emotional suffering.

**WHEREFORE, PREMISES CONSIDERED,**  Plaintiff claims damages

of the Defendant in statutory, compensatory and punitive damages, plus interest,

costs, reasonable attorney's fees and any such other and further relief as this court

deems proper and/or necessary.

In addition to the above, Plaintiff further demands declaratory judgment that Defendant's conduct violated the FDCPA, actual damages in an amount to be determined by a struck jury pursuant to 15 U.S.C. § 1692k(a)(1), statutory damages in the amount of $1,000.00 for the violations of the FDCPA pursuant to 15 U.S.C. § 1692k and costs and reasonable attorney's fees for the violations of the FDCPA pursuant to 15 U.S.C. § 1692k.

## PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY

/s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**PATE & COCHRUN, L.L.P.**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@plc-law.com

**PLAINTIFF'S ADDRESS:**
Adrienne Zinder
4112 Shiloh Drive
Mt. Brook, AL 35213

**PLEASE SERVE THE DEFENDANT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
c/o CSC Lawyers Incorporating Services, Inc.
150 S. Perry Street
Montgomery, AL 36104